THE POSTMASTER GENERAL OF THE UNITED STATES *versus* GEORGE W. JEWETT, ADMINISTRATOR OF DAVID E. LORD, DECEASED. 

JOURNAL ENTRIES: (1) June 22, 1835: narr. filed, rule to plead.

PAPERS IN FILE (1835): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) demurrer; (5) joinder in demurrer.

*File No.* 143.

 UNITED STATES *versus* TWO BROWN HORSES, ONE WAGON, ONE SET HARNESS, TWO HORSE BLANKETS, TWO SURCINGLES, ONE WHIP, ONE GUN, ONE BOLT CANVAS, ONE PIECE KERSEY, TWO PIECES COATING, ONE PIECE BUCKRAM, ONE PIECE FUSTIAN, ONE PIECE CAMBRIC, ONE PIECE VESTING, SEVENTEEN AND THREE-FOURTHS YARDS STEEL MIXED CLOTH, SEVEN AND THREE-FOURTHS YARDS DRAB CLOTH, TWENTY-ONE AND ONE-HALF YARDS OLIVE CLOTH, FIFTEEN YARDS CLARET CLOTH, ELEVEN YARDS BLACK CLOTH, ONE PIECE FURNITURE CHINTZ, TWO PIECES RUSSIAN SHEETING, THREE AND ONE-FOURTH DOZEN TAPES, FOUR DOZEN BOBBINS, FOUR HUNDRED QUILLS, TEN COTTON HANDKERCHIEFS, THREE PIECES SHAWLS, FORTY-TWO PAIRS SHOES, SEVEN PIECES CALICO, ONE PIECE COLORED LININGS, TWENTY-FOUR SILK HANDKERCHIEFS, ONE PIECE DRILLING, ONE PIECE GINGHAM, FOURTEEN CLOTHES LINES, NINE BED CORDS, FOUR COD LINES, THIRTY PAIRS BOOTS AND SHOES, THIRTEEN BOXES PERCUSSION CAPS, ONE THOUSAND FISH HOOKS, TWENTY DOZEN KNIVES AND FORKS, EIGHT CARVERS, FIVE STEELS, ONE HUNDRED AND FIFTY-FOUR POCKET KNIVES, NINE CORKSCREWS, SIX DOZEN LINES, TWENTY-FOUR BRITTANIA SPOONS, ELEVEN BOXES RAZORS, TWENTY-EIGHT

OTHER RAZORS, TWENTY-FIVE GROSS BUTTONS, FIVE GROSS HOOKS AND EYES, SIX AND FOUR-TWELFTHS DOZEN SCISSORS, TWELVE RAZOR STROPS, SIX RULES, SIX PACKS PINS, TWO DOZEN PINCHERS, FOUR KNOB LOCKS, ONE AND ONE-HALF DOZEN GUN LOCKS, SIX MARKING IRONS, EIGHT GROSS SCREWS, TWENTY-THREE PLANE IRONS, FIVE HAND SAWS, TWO BUCK SAWS, TWENTY-THREE FILES, TWENTY-THREE COMPASSES, TWO HEARTH BRUSHES, FOUR BRASS CANDLESTICKS, FIVE SIZE STICKS, ONE DOZEN HAMMERS, TEN BRASS COCKS, ONE AND ONE-HALF DOZEN BOLTS, TEN BULLET MOULDS, FOUR POWDER FLASKS, THIRTEEN PADLOCKS, ELEVEN THOUSAND BRADS, ONE DOZEN GIRTHS, TWO HAND VICES, TWO CANNISTERS OF POWDER, THREE BRIDLES, AND THREE WOOLEN CAPS.

JOURNAL ENTRIES: (1) Nov. 16, 1835: libel filed, time fixed for hearing, notice ordered published; (2) Dec. 14, 1835: publication proved, proclamation made, motion for judgment; (3) Jan. 4, 1836: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1835): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 148.